THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HETENYI, Appellant, against W. CECIL JOHNSTON, as Director of the Dannemora State

Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Upon his consent, Robert P. Wylie, Esq., is assigned to represent relator-appellant upon the appeal. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.